JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL SOUSSANA et al., | CV 19-07082 PA (PLAx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| THE LAW OFFICES OF ROBERT J. COLCLOUGH, III, et al., | |
| Defendants. | |

Pursuant to the Court's November 26, 2019 Minute Order dismissing this action for failure to comply with the Court's Order Setting Scheduling Conference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: November 26, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE